Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Morgan,<br>Plaintiff,<br>vs.<br><br>Coastline Food Services Corp, et al.,<br><br>Defendant. | Case No. 08cv0096 L (RBB)<br><br>**Notice of Settlement** |

NOTICE IS HEREBY GIVEN that the aforementioned matter known as *Morgan v. Coastline Food Services Corp., et al.*, Case No. 08cv0096 L (RBB), has been resolved. The parties anticipate filing a Joint Motion for Dismissal within four weeks.

Dated: March 6, 2008 DISABLED ADVOCACY GROUP, APLC

*/s/ Lynn Hubbard, Esquire* /
LYNN HUBBARD, III
Attorney for Plaintiff